## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

IN RE:        }
DELAHAY, STEFAN M.,    }  CASE NO:  08-30580-DHW-13
SSN xxx-xx-0349,      }
  Debtor.        }

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY
## FILED BY JP MORGAN CHASE BANK N.A.

  This matter coming before the Court on the Motion for Relief from Automatic Stay filed by JP MORGAN CHASE BANK N.A. (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. Since the filing of the motion for relief, the Creditor received and applied the 9/08 payment on 12/2/2008.

2. The Debtor shall tender $787.95 direct to the Creditor to be applied to the 10/08 post-petition payment by 12/12/2008.

3. The Chapter 13 plan is hereby amended to provide for a fixed payment and add the post-petition mortgage payments through November, 2008 plus the attorney fees and costs in connection with Creditor's Motion for Relief from Stay. The Creditor shall file a claim for that amount.

   | | |
   |---|---:|
   | 1 payment @ $787.95 for 11/08: | $ 787.95 |
   | Minus partial payment: | ($ 273.09) |
   | Attorney Fees and Costs: | $ 800.00 |
   | Total: | $1,314.86 |

4. The Creditor shall file an amended pre-petition and post-petition claim for **TOTAL ARREARAGE** of $3,873.29.

5. The Chapter 13 plan payments are hereby increased to $85.00 a week.

6. The fixed payments to the Creditor are increased to $ 78.00 per month.

7. The Motion for Relief from Stay filed by JP MORGAN CHASE BANK N.A. is hereby conditionally denied. However, should the Debtor default under the terms of this Order or under the mortgage agreement between the parties beginning December, 2008, the Motion for Relief from Stay is granted if the Creditor gives the Debtor and the Debtor's attorney fifteen (15) days written notice of opportunity to cure. If the default is not cured within fifteen (15) days from the date the notice is issued, then the stay shall lift without further order of the Court. Further, the Creditor is allowed to communicate with the Debtor(s) any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default. The Debtor is responsible for reasonable attorney fees involved in the enforcement of this order.

  Done this the 15th day of December, 2008.

          /s/ Dwight H. Williams, Jr.
          United States Bankruptcy Judge

Prepared by:
SUSANNAH WALKER
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: 205-930-5424

This order was approved by Debtor's attorney and Curtis C. Reding, Trustee.